Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

**United States District Court**

Southern _____ District of New York

U.S. DISTRICT COURT
FILED

FEB 1 7 2026

SOUTHERN DISTRICT OF
NEW YORK

Caption:

United States of America  v.

_____Rui-Siang Lin_____

Docket No.: _____24-cr-178_____

Honorable Colleen McMahon
(District Court Judge)

Notice is hereby given that _____Rui-Siang Lin_____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment √ , other _____

entered in this action on __February 5, 2026__.
           (date)
                                              (specify)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |√|   Other |___|

Defendant found guilty by plea | √ | trial |   | N/A |   .

Offense occurred after November 1, 1987?  Yes |√|  No |___|  N/A |___|

Date of sentence: __February 3, 2026__   N/A |___|

Bail/Jail Disposition: Committed |√|   Not committed |   |   N/A |

Appellant is represented by counsel? Yes √ | No |   | If yes, provide the following information:

Defendant's Counsel:    Noam K. Biale (CJA appointed)

Counsel's Address:    Sher Tremonte LLP

                         90 Broad St., Flr. 23, New York, NY 10004

Counsel's Phone:    (212) 202-4156

Assistant U.S. Attorney:    Ryan B. Finkel

AUSA's Address:    United States Attorney's Office, SDNY,

                      26 Federal Plaza, 37th Floor New York, NY 10278

AUSA's Phone:    (212) 637-6612


Signature

Case 1:24-cr-00178-CM    Document 64    Filed 02/05/26    Page 1 of 1

# SHER TREMONTE LLP

February 5, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-26

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

2/5/26

Re:    ***United States v. Rui-Siang Lin***
       Case No. 24-CR-178 (CM)

Dear Judge McMahon:

I represent Rui-Siang Lin.  I write to the Court regarding two requests discussed
on the record at Mr. Lin's sentencing on February 3, 2026.

First, at the conclusion of the sentencing, I requested that the Court appointment *So ordered.*
me as Mr. Lin's counsel pursuant to the Criminal Justice Act to advise him about his
appellate rights, which the Court granted.  I have spoken to the CJA Clerk who has
informed me that an order to that effect must be entered on the docket, and so I
respectfully request that the Court do so.

Second, at sentencing, I stated that I would write to the Court concerning a       *So Ordered.*
request for a recommendation for a Bureau of Prisons Facility designation.  Having
consulted with my client, I respectfully request that the Court issue an amended judgment
that includes a recommendation that Mr. Lin be designated to FCI Allenwood.

I appreciate the Court's consideration.

Respectfully submitted,

/s/Noam Biale
Noam Biale

*Attorney for Rui-Siang Lin*

① Counsel Appointed to
  represent Mr. Lin pursuant
  to CJA; and

② An Amended judgment
  be filed with the default
  designation request.

cc:    All counsel (by ECF)

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:24–cr–00178–CM All Defendants

Case title: USA v. LIN

Magistrate judge case number:  1:24–mj–00351–UA

Date Filed: 03/26/2024

Date Terminated: 02/04/2026

Assigned to: Judge Colleen McMahon

**Defendant (1)**

| | |
|---|---|
| **Rui–Siang Lin**<br>*TERMINATED: 02/04/2026*<br>*also known as*<br>Sealed Defendant 1<br>*TERMINATED: 02/04/2026* | represented by **Noam Korati Biale**<br>Sher Tremonte LLP<br>90 Broad Street<br>New York, NY 10004<br>(212)–202–2600<br>Fax: (212)–202–4156<br>Email: nbiale@shertremonte.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Katie Elizabeth Renzler**
Sher Tremonte LLP
90 Broad Street
New York, NY 10004
212–202–2600
Email: krenzler@shertremonte.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Bass**
90 Broad Street
New York, NY 10004
212–202–0267
Email: mbass@shertremonte.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS<br>(2) | IMPRISONMENT: (Ct. 2: 360 months to run concurrent to Count 3 and Count 4; Ct. 3: 240 months to run concurrent to Count 2 and Count 4; Ct. 4: 60 months to run concurrent to Counts 2 and 3.) SUPERVISED RELEASE: (Ct. 2: 5 years to run concurrent to Count 3 and Count 4; Cts. 3 & 4: 3 years per Count to run concurrently to Count 2.) |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER<br>(3) | IMPRISONMENT: (Ct. 2: 360 months to run concurrent to Count 3 and Count 4; Ct. 3: 240 months to run concurrent to Count 2 and Count 4; Ct. 4: 60 months to run concurrent to Counts 2 and 3.) SUPERVISED RELEASE: (Ct. 2: 5 years to run concurrent to Count 3 and Count 4; Cts. 3 & 4: 3 years per Count to run concurrently to Count 2.) |

| | |
|---|---|
| 18:371.F CONSPIRACY TO SELL ADULTERATED AND MISBRANDED MEDICATION (4) | IMPRISONMENT: (Ct. 2: 360 months to run concurrent to Count 3 and Count 4; Ct. 3: 240 months to run concurrent to Count 2 and Count 4; Ct. 4: 60 months to run concurrent to Counts 2 and 3.) SUPERVISED RELEASE: (Ct. 2: 5 years to run concurrent to Count 3 and Count 4; Cts. 3 & 4: 3 years per Count to run concurrently to Count 2.) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:848E.FCONTINUING CRIMINAL ENTERPRISE (1) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:848E.F CONTINUING CRIMINAL ENTERPRISE; , 21:846=ND.F NARCOTICS CONSPIRACY;, 18:1956–4999.F MONEY LAUNDERING – CONCEALMENT; , 18:1956–4999.F MONEY LAUNDERING – PROMOTIONAL;, 18:1956–4999.F MONEY LAUNDERING CONSPIRACY, 18:371.F CONSPIRACY TO SELL ADULTERATED AND MIS–BRANDED MEDICATION | |

**Plaintiff**

| **USA** | represented by | **Ryan B. Finkel** |
|---|---|---|
| | | United States Attorney's Office, SDNY |
| | | One Saint Andrew's Plaza |
| | | New York, NY 10007 |
| | | (212)–637–6612 |
| | | Email: Ryan.Finkel@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | |
| | | **Nicholas William Chiuchiolo** |
| | | United States Attorney's Office, SDNY |
| | | One Saint Andrew's Plaza |
| | | New York, NY 10007 |
| | | 212–637–1247 |
| | | Email: Nicholas.Chiuchiolo@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| 01/26/2024 | 1 | SEALED COMPLAINT as to Sealed Defendant 1 (1). (Signed by Magistrate Judge Sarah Netburn) (jm) [1:24−mj−00351−UA] (Entered: 05/21/2024) |
|---|---|---|
| 03/26/2024 | 5 | REDACTED INDICTMENT FILED as to Rui−Siang Lin (1) count(s) 1, 2, 3, 4. (jm) (Entered: 05/21/2024) |
| 04/03/2024 | 1 | SEALED DOCUMENT placed in vault. (jus) (Entered: 04/03/2024) |
| 05/20/2024 | 3 | Order to Unseal Case as to Sealed Defendant 1.. (Signed by Magistrate Judge Jennifer E. Willis on 5/20/24)(jm) [1:24−mj−00351−UA] (Entered: 05/21/2024) |
| 05/20/2024 | 4 | UNREDACTED INDICTMENT FILED as to Rui−Siang Lin. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)**. This document filed in order to comply with the order of USMJ Willis. (Entered: 05/21/2024) |
| 05/20/2024 | 6 | Order to Unseal Indictment as to Rui−Siang Lin. (Signed by Magistrate Judge Jennifer E. Willis on 5/20/24)(jm) (Entered: 05/21/2024) |
| 05/20/2024 | | INDICTMENT (Redacted) UNSEALED as to Rui−Siang Lin. (jm) (Entered: 05/21/2024) |
| 05/20/2024 | | Case Designated ECF as to Rui−Siang Lin. (jm) (Entered: 05/21/2024) |
| 05/20/2024 | | Case as to Rui−Siang Lin ASSIGNED to Judge Colleen McMahon. (jm) (Entered: 05/21/2024) |
| 05/20/2024 | | Attorney update in case as to Rui−Siang Lin. Attorney Ryan B. Finkel for USA added. (jm) (Entered: 05/21/2024) |
| 05/20/2024 | | Arrest of Rui−Siang Lin. (Actual date of arrest is 5/18/24) (jm) (Entered: 05/21/2024) |
| 05/20/2024 | 7 | Minute Entry for proceedings held before Magistrate Judge Jennifer E. Willis:Initial Appearance as to Rui−Siang Lin held on 5/20/2024. Defendant appears with counsel Ariel Werner; AUSA Ryan Finkel also appears. Defendant is detained on consent without prejudice. (jm) (Entered: 05/21/2024) |
| 05/20/2024 | | Minute Entry for proceedings held before Magistrate Judge Jennifer E. Willis: Defendant appears with counsel Ms. Werner; AUSA Findel also appears. Arraignment as to Rui−Siang Lin (1) Count 1,2,3,4 Rui−Siang Lin (1) Count 1,2,3,4 held on 5/20/2024., Plea entered by Rui−Siang Lin (1) Count 1,2,3,4 Rui−Siang Lin (1) Count 1,2,3,4 Not Guilty., As to Rui−Siang Lin. Speedy Trial Time excluded until 6/3/24. ( Status Conference set for 6/3/2024 at 02:00 PM before Judge Colleen McMahon.) (jm) (Entered: 05/21/2024) |
| 05/20/2024 | 8 | Medical Order as to Rui−Siang Lin. (jbo) (Entered: 05/22/2024) |
| 05/25/2024 | 9 | NOTICE OF ATTORNEY APPEARANCE Nicholas William Chiuchiolo appearing for USA. (Chiuchiolo, Nicholas) (Entered: 05/25/2024) |
| 05/28/2024 | 10 | NOTICE OF ATTORNEY APPEARANCE: Noam Korati Biale appearing for Rui−Siang Lin. Appearance Type: Retained. (Biale, Noam) (Entered: 05/28/2024) |
| 05/31/2024 | 11 | PROTECTIVE ORDER as to Rui−Siang Lin...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Colleen McMahon on 5/31/2024) (ap) (Entered: 05/31/2024) |
| 05/31/2024 | 12 | NOTICE OF ATTORNEY APPEARANCE: Katie Elizabeth Renzler appearing for Rui−Siang Lin. Appearance Type: Retained. (Renzler, Katie) (Entered: 05/31/2024) |
| 06/03/2024 | | Minute Entry for proceedings held before Judge Colleen McMahon:Status Conference as to Rui−Siang Lin held on 6/3/2024. Defendant present with his attorney Noam Biale; AUSA Nicholas Chiuchiolo; Mandarin Interpreter Lily Lau (defendant did not use the interpreterhe told the Court that he speaks English fine); court reporter Sam Mauro. Government to complete discovery by July 8, 2024.The matter is adjourned to September 26, 2024, at 2:00 p.m., for a status conference. Speedy trial time is excluded through September 26, 2024, in the interest of justice, to allow the defense to review discovery ( Discovery due by 7/8/2024., Status Conference set for 9/26/2024 at 02:00 PM before Judge Colleen McMahon.) (jw) (Entered: 06/03/2024) |

| 09/26/2024 | | Minute Entry for proceedings held before Judge Colleen McMahon: Status Conference as to Rui–Siang Lin held on 9/26/2024. Defendant present with his attorney Noam Biale; AUSA Ryan Finkel; court reporter Eve Giniger. The matter is adjourned to November 21, 2024, at 2:00 p.m., for a status conference. Speedy trial time is excluded through November 21, 2024, in the interest of justice, to allow the defense to review discovery, and to facilitate plea discussions. (Status Conference set for 11/21/2024 at 02:00 PM before Judge Colleen McMahon.) (jbo) (Entered: 09/26/2024) |
|---|---|---|
| 09/27/2024 | 13 | LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated 9/27/2024 re: Request to File Document Under Seal . Document filed by Rui–Siang Lin. (Biale, Noam) (Entered: 09/27/2024) |
| 09/30/2024 | 14 | MEMO ENDORSEMENT as to Rui–Siang Lin (1) on 13 LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated 9/27/2024 re: Request to File Document Under Seal. ENDORSEMENT: File the motion under seal as directed by the Clerk. Please deliver a hard copy (by email) to Mr. O'Neill so he can work on it. (Signed by Judge Colleen McMahon on 9/30/2024) (ap) (Entered: 09/30/2024) |
| 10/01/2024 | 15 | LETTER RESPONSE to Motion by USA as to Rui–Siang Lin addressed to Judge Colleen McMahon from AUSA Ryan B. Finkel dated Oct. 1, 2024 re: 13 LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated 9/27/2024 re: Request to File Document Under Seal .. (Finkel, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 16 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/02/2024) |
| 10/03/2024 | 17 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/03/2024) |
| 10/03/2024 | 18 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/03/2024) |
| 10/09/2024 | 19 | LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale/Katie Renzler dated 10/9/24 re: Exemption from Protective Order Paragraph 11 . Document filed by Rui–Siang Lin. (Biale, Noam) (Entered: 10/09/2024) |
| 10/10/2024 | 20 | LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale/Katie Renzler dated 10/10/24 re: Requesting Provision of a Laptop to Mr. Lin in the MDC . Document filed by Rui–Siang Lin. (Attachments: # 1 Proposed Order MDC Laptop Order)(Biale, Noam) (Entered: 10/10/2024) |
| 10/15/2024 | 21 | ORDER as to Rui–Siang Lin (1): IT IS HEREBY ORDERED that I. LIN may have access to an "air–gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, or other electronic devices; 2. Upon receipt of an acceptable laptop computer from counsel for LIN, the Government shall (a) ensure that the laptop is appropriately "air gapped" and compatible with the MDC Brooklyn's security requirements; (b) load the laptop with the non–sensitive discovery in this case; and ( c) deliver the laptop to the proper authorities at the MDC Brooklyn at a reasonable time deem appropriate; 3. The Laptop shall be password–protected and maintained in a location acceptable to Bureau of Prisons personnel; 4. Bureau of Prisons personnel will provide LIN with access to the Laptop Monday through Friday in the visiting room, for 15 hours per week; 5. This Order remains in effect until the trial in this matter is completed and a copy of this Order shall be made available to the Unit Team/Floor where LIN is housed; 6. LIN shall execute an agreement setting forth his understanding that he may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case, that he shall not share the Laptop or the materials loaded onto the Laptop with other inmates or with any attorney not appointed to this case without an order of this Court, that he will not access or attempt to access the internet or any form of wireless communication, and that he will forfeit his right under this Order to use the Laptop, and that he may expose himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791 (d) in the future, should he violate any of these understandings. 7. Within forty–eight hours of MDC Brooklyn's receipt of the Laptop from the Government, LIN shall receive access to the Laptop subject to the following conditions: a. LIN will be brought to the visiting room upon his request to the unit officer Monday through Friday (with an effort to provide LIN access on a business day basis); b. LIN shall not have possession of any charging apparatus or cord that connects to the laptop. SO ORDERED. (Signed by Judge Colleen McMahon on 10/15/2024) (lnl) (Entered: 10/15/2024) |

| | | |
|---|---|---|
| 11/06/2024 | 22 | SEALED DOCUMENT placed in vault. (jus) (Entered: 11/06/2024) |
| 11/18/2024 | 23 | MOTION to Continue *Status Conference*. Document filed by Rui−Siang Lin. (Biale, Noam) (Entered: 11/18/2024) |
| 11/18/2024 | 24 | ENDORSED LETTER as to Rui−Siang Lin addressed to Judge Colleen McMahon from Attorney Noam Biale dated November 18, 2024 re: We represent Rui−Siang Lin, the defendant in the above−referenced matter. We write respectfully, and with the consent of the government, to request an approximately two−week adjournment of the status conference currently scheduled for this Thursday, November 21. ENDORSEMENT: Case adj. to Dec. 4, 2024 at 12:30 p.m. −− time excluded through Dec. 4, in the interest of justice, to facilitate plea discussions. ( Status Conference set for 12/4/2024 at 12:30 PM before Judge Colleen McMahon. )(Signed by Judge Colleen McMahon on 11/18/2024) (bw) (Entered: 11/18/2024) |
| 12/04/2024 | 25 | ENDORSED LETTER as to Rui−Siang Lin addressed to Judge Colleen McMahon from Nicholas Chiuchiolo, dated 12/4/2024, re: Request for adjournment to December 12 at noon. ENDORSEMENT: Matter adj to Dec. 12, 2024 at 12:00 p.m. (Status Conference set for 12/12/2024 at 12:00 PM before Judge Colleen McMahon) (Signed by Judge Colleen McMahon on 12/4/2024) (lnl) (Entered: 12/04/2024) |
| 12/12/2024 | | Minute Entry for proceedings held before Judge Colleen McMahon: Status Conference as to Rui−Siang Lin held on 12/12/2024. Conference: Defendant present with his attorneys Noam Biale and Katie Renzler; AUSAs Ryan Finkel and Nicholas Chiuchiolo; court reporter Kristen Carannante. The matter is adjourned to December 16, 2024, 12:00 p.m., for possible plea proceeding. Speedy trial time is excluded through December 16, 2024, in the interest of justice, to allow the defense to review discovery, and to facilitate plea discussions. (Status Conference set for 12/16/2024 at 12:00 PM before Judge Colleen McMahon.) (jbo) (Entered: 12/12/2024) |
| 12/16/2024 | | Minute Entry for proceedings held before Judge Colleen McMahon: Change of Plea Hearing as to Rui−Siang Lin held on 12/16/2024. Defendant present with his attorneys Noam Biale and Katie Renzler; AUSA Nicholas Chiuchiolo. Defendant withdraws his previously entered plea of not guilty to Counts 2,3 and 4 contained in Indictment 24 CR 178 (CM), and now pleads guilty to those counts. The Court accepts defendants plea. The matter is adjourned to March 27, 2024, at 11:00 a.m., for sentencing. Remand continued. The Probation Department is directed to prepare a presentence investigation report to aid the court in sentencing. (Sentencing set for 3/27/2025 at 11:00 AM before Judge Colleen McMahon) (Court Reporter Raquel Robles) (ap) (Entered: 12/16/2024) |
| 12/16/2024 | | Minute Entry for proceedings held before Judge Colleen McMahon: Plea entered by Rui−Siang Lin (1) Guilty as to Count 2,3,4. (ap) (Entered: 12/16/2024) |
| 12/16/2024 | | Oral Order of Referral to Probation for Presentence Investigation and Report as to Rui−Siang Lin. (Signed by Judge Colleen McMahon on 12/16/2024) (ap) (Entered: 12/16/2024) |
| 12/16/2024 | 26 | CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY/MONEY JUDGMENT as to (24−Cr−178−1) Rui−Siang Lin. SO ORDERED: (Signed by Judge Colleen McMahon on 12/16/2024) (bw) (Entered: 12/16/2024) |
| 12/27/2024 | 27 | LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale/Katie Renzler dated 12/27/24 re: Exemption from Protective Order Paragraph 11 . Document filed by Rui−Siang Lin. (Biale, Noam) (Entered: 12/27/2024) |
| 01/02/2025 | 28 | ENDORSED LETTER as to Rui−Siang Lin addressed to Judge Colleen McMahon from Attorney Noam Biale dated December 27, 2024 re: We represent Rui−Siang Lin, the defendant in the above−referenced matter. We write to the Court to respectfully request an exemption from the Protective Order, ECF No. 11.... ENDORSEMENT: Request grated. (Signed by Judge Colleen McMahon on 12/27/2024) (bw) (Entered: 01/02/2025) |
| 02/26/2025 | 30 | NOTICE OF ATTORNEY APPEARANCE: Michael Bass appearing for Rui−Siang Lin. Appearance Type: Retained. (Bass, Michael) (Entered: 02/26/2025) |

| | | |
|---|---|---|
| 03/05/2025 | 31 | CONSENT LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated March 5, 2025 re: Requesting Sentencing Adjournment . Document filed by Rui–Siang Lin. (Biale, Noam) (Entered: 03/05/2025) |
| 03/06/2025 | 32 | MEMO ENDORSEMENT as to Rui–Siang Lin on 31 CONSENT LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated March 5, 2025 re: Requesting Sentencing Adjournment. ENDORSEMENT: Sentencing adj to May 8, 2025 at 11:00 AM. (Sentencing set for 5/8/2025 at 11:00 AM before Judge Colleen McMahon) (Signed by Judge Colleen McMahon on 3/6/2025) (lnl) (Entered: 03/06/2025) |
| 04/18/2025 | 34 | CONSENT LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated April 18, 2025 re: Requesting Sentencing Adjournment . Document filed by Rui–Siang Lin. (Biale, Noam) (Entered: 04/18/2025) |
| 04/21/2025 | 35 | ENDORSED LETTER as to Rui–Siang Lin addressed to Judge Colleen McMahon from Attorney Noam Biale dated April 18, 2025 re: We represent Rui–Siang Lin, the defendant in the above–referenced matter. We write on behalf of our client to respectfully request an adjournment of the sentencing date, currently scheduled for May 8, 2025.... ENDORSEMENT: Sentencing adj. to September 10, 2025 at 2:30 p.m. ( Sentencing set for 9/10/2025 at 02:30 PM before Judge Colleen McMahon. ) (Signed by Judge Colleen McMahon on 4/21/2025) (bw) (Entered: 04/21/2025) |
| 07/24/2025 | 36 | CONSENT LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated July 24, 2025 re: Requesting Sentencing Adjournment . Document filed by Rui–Siang Lin. (Biale, Noam) (Entered: 07/24/2025) |
| 08/07/2025 | 37 | MEMO ENDORSEMENT as to Rui–Siang Lin on 36 CONSENT LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated July 24, 2025 re: Requesting Sentencing Adjournment. ENDORSEMENT: Sentencing is adj to Dec. 2, 2025 at 2 pm. (Sentencing set for 12/2/2025 at 02:00 PM before Judge Colleen McMahon) (Signed by Judge Colleen McMahon on 8/7/2025) (lnl) (Entered: 08/07/2025) |
| 10/06/2025 | 38 | LETTER MOTION addressed to Judge Colleen McMahon from USA dated October 6, 2025 re: Permit the parents of a deceased victim of the defendants crimes to address the Court during sentencing . Document filed by USA as to Rui–Siang Lin. (Attachments: # 1 Exhibit B)(Finkel, Ryan) (Entered: 10/06/2025) |
| 10/07/2025 | 39 | MEMO ENDORSEMENT as to Rui–Siang Lin on re: 38 LETTER MOTION addressed to Judge Colleen McMahon from USA dated October 6, 2025 re: Permit the parents of a deceased victim of the defendants crimes to address the Court during sentencing filed by USA...ENDORSEMENT...The defense is free to respond to this letter by October 14, but the odds that I will not allow the Churchills to make a brief statement (I have already read their letters) is vanishingly small. Similarly, given the overall magnitude of Lins crimes of conviction, their statements are unlikely to make much, if any, difference in the sentence I will impose. I am perfectly free to take judicial notice that fentanyl kills and has killed thousands of often unwitting victims. That is a fact that I will very much consider (Signed by Judge Colleen McMahon on 10/7/25)(jw) (Entered: 10/07/2025) |
| 10/17/2025 | 40 | CONSENT LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated October 17, 2025 re: Requesting Sentencing Adjournment . Document filed by Rui–Siang Lin. (Biale, Noam) (Entered: 10/17/2025) |
| 10/20/2025 | 41 | MEMO ENDORSEMENT as to Rui–Siang Lin re: 40 CONSENT LETTER MOTION Requesting Sentencing Adjournment... ENDORSEMENT: Sentencing adjourned to January 22, 2026 at 2pm. The proposed briefing scheduled for the motion to Dismiss is fine. (Motions due by 10/24/2025. Replies due by 11/21/2025. Responses due by 11/14/2025. Sentencing set for 1/22/2026 at 02:00 PM before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 10/20/25)(jbo) (Entered: 10/20/2025) |
| 10/22/2025 | 42 | SEALED DOCUMENT placed in vault. (jus) (Entered: 10/22/2025) |
| 10/24/2025 | 43 | LETTER RESPONSE to Motion by Rui–Siang Lin addressed to Judge Colleen McMahon from Noam Biale dated October 14, 2025 re: 38 LETTER MOTION addressed to Judge Colleen McMahon from USA dated October 6, 2025 re: Permit the |

| | | |
|---|---|---|
| | | parents of a deceased victim of the defendants crimes to address the Court during sentencing .. (Biale, Noam) (Entered: 10/24/2025) |
| 10/24/2025 | 44 | MOTION to Dismiss *the Indictment*. Document filed by Rui–Siang Lin. (Biale, Noam) (Entered: 10/24/2025) |
| 10/24/2025 | 45 | DECLARATION of Noam Biale in Support as to Rui–Siang Lin re: 44 MOTION to Dismiss *the Indictment*.. (Attachments: # 1 Exhibit A – May 18, 2024 Flight Itinerary, # 2 Exhibit B – May 19 – 20, 2024 Flight Itinerary, # 3 Exhibit C – May 26, 2024 Return Flight Itinerary, # 4 Exhibit D – Taiwan Official Passport, # 5 Exhibit E – Plea Agreement dated December 16, 2024)(Biale, Noam) (Entered: 10/24/2025) |
| 10/24/2025 | 46 | MEMORANDUM in Support by Rui–Siang Lin re 44 MOTION to Dismiss *the Indictment*.. (Biale, Noam) (Entered: 10/24/2025) |
| 11/04/2025 | 47 | SEALED DOCUMENT placed in vault. (jus) (Entered: 11/04/2025) |
| 11/13/2025 | 48 | ENDORSED LETTER as to Rui–Siang Lin addressed to Judge Colleen McMahon from Nicholas Chiuchiolo dated 11/13/2025, re: The Government writes to request that the Court extend the Government's time to respond to the defendant's motion to dismiss the Indictment ENDORSEMENT: Extension Granted. (Signed by Judge Colleen McMahon on 11/13/2025) (lnl) Modified on 11/13/2025 (mde). (Entered: 11/13/2025) |
| 11/21/2025 | 49 | LETTER RESPONSE in Opposition by USA as to Rui–Siang Lin addressed to Judge Colleen McMahon from USA dated Nov. 21, 2025 re: 44 MOTION to Dismiss *the Indictment*.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Finkel, Ryan) (Entered: 11/21/2025) |
| 12/05/2025 | 50 | DECLARATION of Noam Biale in Support as to Rui–Siang Lin (Attachments: # 1 Exhibit A–1 – Filed Under Seal, # 2 Exhibit A–2 – Filed Under Seal, # 3 Exhibit B – December 22, 2024, TVBS News report)(Biale, Noam) (Entered: 12/05/2025) |
| 12/05/2025 | 51 | REPLY MEMORANDUM OF LAW in Support as to Rui–Siang Lin re: 44 MOTION to Dismiss *the Indictment*. . (Biale, Noam) (Entered: 12/05/2025) |
| 12/12/2025 | 52 | DECISION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT as to Rui–Siang Lin: Mr. Lin's motion to dismiss for lack of subject matter jurisdiction is DENIED. Diplomatic immunity derives from diplomatic status, which in turn requires formal designation by the sending State. Because Taiwan never designated Mr. Lin as a diplomatic agent, he is not entitled to immunity under Articles 31, 37, or 40 of the VCDR. Mr. Lin will be sentenced as previously scheduled on January 22, 2026, at 2:00 p.m. This constitutes the decision and order of the Court. The Clerk of Court is directed to remove the motion located at Docket Entry Number 44 from the Court's list of open motions. (Signed by Judge Colleen McMahon on 12/12/2025) (See ORDER as set forth) (lnl) (Entered: 12/12/2025) |
| 01/06/2026 | 53 | SCHEDULING ORDER as to Rui–Siang Lin: The sentencing of defendant has been adjourned to January 27, 2026, at 2:00 p.m. (Sentencing set for 1/27/2026 at 02:00 PM before Judge Colleen McMahon) (Signed by Judge Colleen McMahon on 1/6/2026) (lnl) (Entered: 01/06/2026) |
| 01/08/2026 | 54 | AMENDED SCHEDULING ORDER (TIME CHANGE) as to Rui–Siang Lin. The sentencing of defendant has been adjourned to January 27, 2026, at 11:30 a.m. ( Sentencing set for 1/27/2026 at 11:30 AM before Judge Colleen McMahon. )(Signed by Judge Colleen McMahon on 1/8/2026); BY ECF TO ALL COUNSEL. (bw) (Entered: 01/08/2026) |
| 01/12/2026 | 55 | SEALED DOCUMENT placed in vault. (jus) (Entered: 01/12/2026) |
| 01/12/2026 | 56 | SEALED DOCUMENT placed in vault. (jus) (Entered: 01/12/2026) |
| 01/23/2026 | 57 | AMENDED SCHEDULING ORDER (DATE CHANGE) as to Rui–Siang Lin. The sentencing of defendant has been adjourned to Tuesday, February 3, 2026, at 2:00 p.m. (Sentencing set for 2/3/2026 at 02:00 PM before Judge Colleen McMahon) (Signed by Judge Colleen McMahon on 1/23/2026) (ap) (Entered: 01/23/2026) |

| 01/30/2026 | 58 | LETTER MOTION addressed to Judge Colleen McMahon from USA dated Jan. 30, 2026 re: Motion for CPOF order . Document filed by USA as to Rui−Siang Lin. (Attachments: # 1 Proposed Order Proposed CPOF)(Finkel, Ryan) (Entered: 01/30/2026) |
|---|---|---|
| 02/03/2026 | 59 | SENTENCING SUBMISSION by Rui−Siang Lin. (Biale, Noam) (Entered: 02/03/2026) |
| 02/03/2026 | 60 | SENTENCING SUBMISSION by USA as to Rui−Siang Lin. (Finkel, Ryan) (Entered: 02/03/2026) |
| 02/03/2026 |  | Minute Entry for proceedings held before Judge Colleen McMahon: Sentencing held on 2/3/2026 for Rui−Siang Lin (1) Count 2,3,4. Sentencing: Defendant present with his attorneys Noam Biale, Katie Renzler, and Michael Bass; AUSAs Ryan Finkel and Nicholas Chiuchiolo; court reporter Tracy Groth. Defendant is sentenced to a total term of imprisonment of THREE HUNDRED SIXTY (360) MONTHS (Ct. 2: 360 months to run concurrent to Count 3 and Count 4; Ct. 3: 240 months to run concurrent to Count 2 and Count 4; Ct. 4; 60 months to run concurrent to Counts 2 and 3.) The Court orders forfeiture. See Orders of Forfeiture dated December 16, 2024, and February 3, 2026. Defendant's term of imprisonment will be followed by a FIVE (5) YEARS term of Supervised Release. (Ct. 2: 5 years to run concurrent to Count 3 and Count 4; Cts. 3 & 4: 3 years per Count to run concurrently to Count 2.). The Court recommends that the defendant be supervised in the district of residence. In addition to the standard conditions, the following special conditions apply: Defendant must provide the probation officer with access to any requested financial information. Defendant must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless in compliance with the installment payment schedule. Defendant must pay a $300 special assessment to the Clerk of the Court−−−the assessment is due and owing immediately. (bw) (Entered: 02/03/2026) |
| 02/03/2026 | 61 | SECOND CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY as to Rui−Siang Lin (1). (Signed by Judge Colleen McMahon on 2/3/2026) (lnl) (Entered: 02/04/2026) |
| 02/04/2026 |  | DISMISSAL OF COUNTS on Government Motion as to Rui−Siang Lin (1) Count 1. (lnl) (Entered: 02/04/2026) |
| 02/04/2026 | 62 | JUDGMENT IN A CRIMINAL CASE as to Rui−Siang Lin (1). The defendant pleaded guilty to counts 2, 3, and 4. Count 1 is dismissed on the motion of the United States. IMPRISONMENT: (Ct. 2: 360 months to run concurrent to Count 3 and Count 4; Ct. 3: 240 months to run concurrent to Count 2 and Count 4; Ct. 4: 60 months to run concurrent to Counts 2 and 3.) The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: (Ct. 2: 5 years to run concurrent to Count 3 and Count 4; Cts. 3 & 4: 3 years per Count to run concurrently to Count 2.) ASSESSMENT: $300.00 due immediately. (Signed by Judge Colleen McMahon on 2/3/2026) (lnl) (Entered: 02/04/2026) |
| 02/05/2026 | 63 | LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated 2/5/2026 re: CJA Appointment and BOP Facility Designation . Document filed by Rui−Siang Lin. (Biale, Noam) (Entered: 02/05/2026) |
| 02/05/2026 | 64 | MEMO ENDORSEMENT as to Rui−Siang Lin (1) on 63 LETTER MOTION addressed to Judge Colleen McMahon from Noam Biale dated 2/5/2026 re: CJA Appointment and BOP Facility Designation. ENDORSEMENT: So ordered.. (Signed by Judge Colleen McMahon on 2/5/2026) (lnl) (Entered: 02/05/2026) |
| 02/05/2026 | 65 | AMENDED JUDGMENT IN A CRIMINAL CASE as to Rui−Siang Lin (1). AMENDED JUDGEMENT (Issued pursuant to FED. R. CRIM. P. 35(a) to correct "arithmetical, technical, or other clear error.") This Judgment amends last judgment dated 2/3/26. The Amended Judgment adds a designationrecommendation by the Court to the BOP. (Signed by Judge Colleen McMahon on 2/5/2026) (See AMENDED JUDGMENT as set forth) (lnl) (Entered: 02/05/2026) |
| 02/17/2026 | 66 | NOTICE OF APPEAL by Rui−Siang Lin from 65 Amended Judgment. (km) (Entered: 02/17/2026) |
| 02/17/2026 |  | Appeal Remark as to Rui−Siang Lin re: 66 Notice of Appeal − Final Judgment. $605.00 Appeal fee waived, CJA Appointed attorney. (km) (Entered: 02/17/2026) |

| | | |
|---|---|---|
| 02/17/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Rui–Siang Lin to US Court of Appeals re: <u>66</u> Notice of Appeal – Final Judgment. (km) (Entered: 02/17/2026) |
| 02/17/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Rui–Siang Lin re: <u>66</u> Notice of Appeal – Final Judgment were transmitted to the U.S. Court of Appeals. (km) (Entered: 02/17/2026) |